AYABE, CHONG, NISHIMOTO,
  SIA & NAKAMURA
A Limited Liability Partnership

CALVIN E. YOUNG          3278-0
STEVEN L. GOTO           6041-0
GARY S. MIYAMOTO         3233-0
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii 96813-3429
Telephone: (808) 537-6119
Facsimile: (808) 526-3491
Email: calvin.young@hawadvocate.com
Email: steven.goto@hawadvocate.com
Email: gary.miyamoto@hawadvocate.com

Attorneys for Defendants
K&S HELICOPTERS, INC., CALVIN G. DORN
 and JOSEPH EDWARD ZAREMBA

HENDERSON GALLAGHER & KANE
Attorneys at Law, A Law Corporation

HARVEY E. HENDERSON, JR.     929-0
GREG H. TAKASE              7160-0
Topa Financial Center
745 Fort Street Mall  Suite 1550
Honolulu, Hawaii 96813
Telephone: (808) 531-2023
Facsimile: (808) 531-2408
Email: hhenderson@insurlawhawaii.com
Email: gtakase@insurlawhawaii.com

and

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at 3 o'clock and 7 min. PM
SUE BEITIA, CLERK

SCANNED

LAW OFFICES OF
DONALD MACHADO JR.
745 Fort Street Mall Suite 1550
Honolulu, Hawaii 96813
Telephone: (808) 531-2023
Facsimile: (808) 531-2408
Email: donmachman@aol.com

Attorneys for Defendant
TINA HOLLIDAY, SPECIAL ADMINISTRATOR OF THE
ESTATE OF RUSSELL TIMOTHY HOLLIDAY, DECEASED

ROECA, LOUIE & HIRAOKA
A Limited Liability Law Partnership, LLP

| | |
|---|---|
| DAVID M. LOUIE | 2162-0 |
| JAMES R. FERGUSON | 7433-0 |
| RHONDA L. CHING | 8240-0 |
| JAMES SHIN | 6333-0 |

900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 538-7500
Facsimile: (808) 521-9648
Email: dlouie@rlhlaw.com
Email: jferguson@rlhlaw.com
Email: rching@rlhlaw.com
Email: jshin@rlhlaw.com

Attorneys for Defendant
ACTIVITY INFORMATION CENTER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TINA HOLLIDAY, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>EXTEX, et al.,<br><br>           Defendants. | CIVIL NO. 05-00194 DAE-LEK<br>(Airplane Product Liability)<br><br>FINDINGS AND RECOMMENDATIONS THAT DISMISSAL BE ENTERED AND ORDER GRANTING DEFENDANTS K&S HELICOPTERS, INC., CALVIN G. DORN, JOSEPH EDWARD ZAREMBA, TINA HOLLIDAY, SPECIAL ADMINISTRATOR OF THE ESTATE OF RUSSELL TIMOTHY HOLLIDAY, DECEASED, AND ACTIVITY INFORMATION CENTER, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF PLAINTIFFS' CLAIMS IN **CIVIL NO. 05-00319 DAE LEK** FILED APRIL 10, 2006 |
| TIMOTHY HOLLIDAY, et al.,<br><br>           Plaintiffs,<br><br>vs.<br><br>EXTEX, et al.,<br><br>           Defendants. | CIVIL NO. 05-00299 DAE-LEK |

| | |
|---|---|
| MARLETTE THOMAS, et al., | ) CIVIL NO. 05-00319 DAE-LEK |
| | ) |
| Plaintiffs, | ) |
| | ) HEARING: |
| vs. | ) |
| | ) Date: May 18, 2006 |
| K & S HELICOPTERS, INC., et al., | ) |
| | ) Time: 9:30 a.m. |
| Defendants. | ) |
| | ) Judge: Magistrate Leslie Kobayashi |

[2003-471/#302091]

## FINDINGS AND RECOMMENDATIONS THAT DISMISSAL BE ENTERED AND ORDER GRANTING DEFENDANTS K&S HELICOPTERS, INC., CALVIN G. DORN, JOSEPH EDWARD ZAREMBA, TINA HOLLIDAY, SPECIAL ADMINISTRATOR OF THE ESTATE OF RUSSELL TIMOTHY HOLLIDAY, DECEASED, AND ACTIVITY INFORMATION CENTER, INC.'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF PLAINTIFFS' CLAIMS IN **CIVIL NO. 05-00319 DAE-LEK** FILED APRIL 10, 2006

Whereas Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of the Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc. filed their Motion for Finding of Good Faith Settlement of Plaintiffs' Claims In Civil No. 05-00319 DAE LEK (hereinafter "Motion") on April 10, 2006;

Whereas there was no opposition to the Motion;

Whereas the Court finds this Motion suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice for the United States District Court for the State of Hawaii and Haw. Rev. Stat. §663-15.5(b);

4

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Defendants Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of the Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc.'s Motion for Finding of Good Faith Settlement of Plaintiffs' Claims in Civil No. 05-00319 DAE LEK is GRANTED. The Court finds that the settlement between Plaintiffs in Civil No. 05-00319 DAE LEK and Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of the Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc. was in good faith pursuant to Haw. Rev. Stat. §663-15.5. The Court hereby recommends that Plaintiffs' claims against Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of the Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc. be dismissed with prejudice.

The Court also recommends that the crossclaims filed by and against Defendants K&S Helicopters, Inc., Calvin G. Dorn, Joseph Edward Zaremba, Tina Holliday, Special Administrator of the Estate of Russell Timothy Holliday, Deceased, and Activity Information Center, Inc. be dismissed with prejudice pursuant to Haw. Rev. Stat. §663-15.5(d).

DATED: Honolulu, Hawaii         6/1/06

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Tina Holliday, et al. vs. Extex, et al.; Civil No. 05-00194 DAE-LEK
Timothy Holliday, et al., vs. Extex, et al.; Civil No. 05-00299 DAE-LEK
Marlette Thomas, etc., et al., vs. K&S Helicopters, Inc., et al.; Civil No. 05-00319 DAE-LEK
**FINDINGS AND RECOMMENDATIONS THAT DISMISSAL BE ENTERED AND ORDER GRANTING DEFENDANTS K&S HELICOPTERS, INC., CALVIN G. DORN, JOSEPH EDWARD ZAREMBA'S MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF PLAINTIFFS' CLAIMS IN CIVIL NO. 05-00319 DAE LEK**