IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TINA HOLLIDAY, et al., | ) | CIVIL NO. 05-0194DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| TIMOTHY HOLLIDAY, et al., | ) | CIVIL NO. 05-00299DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTEX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| MARLETTE E. THOMAS, et al., | ) | CIVIL NO. 05-00319DAE-LEK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| K&S HELICOPTERS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Due for Adoption: June 16, 2006

## ORDER ADOPTING MAGISTRATE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 31, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation that Dismissal be Entered, and Order Granting Defendants Extex

Ltd., LLC and Extex Investors, Inc.'s Motion for Finding of Good Faith Settlement

of Claims filed April 6, 2006" is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 19, 2006.



_____
David Alan Ezra
United States District Judge

cc: all parties of record

-----------------------------------------------------------
CIVIL 05-00194DAE-LEK Holliday vs. Extex
CIVIL 05-00299DAE-LEK Holliday vs. Extex
CIVIL 05-00319DAE-LEK Thomas vs. K&S Helicopters, Inc.
FINDINGS AND RECOMMENDATION THAT DISMISSAL BE ENTERED, AND ORDER
GRANTING DEFENDANTS EXTEX LTD., LLC AND EXTEX INVESTORS, INC.'S
MOTION FOR FINDING OF GOOD FAITH SETTLEMENT OF CLAIMS FILED APRIL 6,
2006

Due for Adoption: June 16, 2006